'   **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-03295-LTB-KMT

DAVID HODGIN,

       Plaintiff,

v.

WENDY'S OF COLORADO SPRINGS, INC., a Colorado corporation,

       Defendant.

---

**ORDER**

---

Upon the Joint Motion for Approval of Settlement Agreement (Doc 20), and the Court being fully advised in the premises, it is

ORDERED that the Settlement Agreement/Full and Final Release (Doc 21) is APPROVED.  Judgment shall enter upon the order granting the Stipulated Motion to Dismiss which the parties have indicated will be filed at a later date.

                            BY THE COURT:

                             s/Lewis T. Babcock
                             Lewis T. Babcock, Judge

DATED:   October 9, 2015