' IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   14-cv-03295-LTB-KMT

DAVID HODGIN,

       Plaintiff,

v.

WENDY'S OF COLORADO SPRINGS, INC., a Colorado corporation,

       Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 25 - filed October 21, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:   October 22, 2015